In the Matter of the Accounting of FRANK J. MAGUIRE, as Executor and Trustee under the Will of JOSEPHINE V. BLODGETT, Deceased, Appellant and Respondent.

NATHAN E. BLODGETT et al., Respondents and Appellants.

Argued April 13, 1942; decided May 28, 1942.

*Horace E. Whiteside, Kenneth B. Keating, Edward N. Mills* and *Keith D. Poland* for Frank J. Maguire, as executor and trustee, appellant and respondent.

*Benjamin E. Shove* for Nathan E. Blodgett et al., respondents and appellants.

*George Britten* for O'Connell Ferris, respondent and appellant.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, CONWAY and DESMOND, JJ. Taking no part: LEWIS, J.